IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>substituted for the Pennsylvania<br>Higher Education Assistance Agency,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY L. SCHNEIDER,<br><br>Defendant. | Civil No. 05-9050-MC-FJG |

## ORDER GRANTING REGISTRATION OF JUDGMENT
## AND FOR SUBSTITUTION OF PARTIES

The above-entitled matter is before the Court upon the motion of the United States of America that it be allowed to register its judgment and be substituted as plaintiff for the Pennsylvania Higher Education Assistance Agency. For good cause shown, it is

ORDERED that the United States of America may register its judgment, and this Order directs the Clerk of the Court for the Western District of Missouri to register the judgment in this district. The above-referenced miscellaneous court number is to be used on all pleadings in this case. The United States of America is substituted for the Pennsylvania Higher Education Assistance Agency as plaintiff.

/S/FERNANDO J. GAITAN, JR.
Fernando J. Gaitan, Jr.
United States District Judge

Dated: June 15, 2005
Kansas City, Missouri